## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| **SESAMI CASH MANAGEMENT TECHNOLOGIES CORP.**, a Delaware Corporation; and **ARCA TECH SYSTEMS, LLC**, a New Jersey limited liability company;<br><br>*Plaintiffs*,<br><br>vs.<br><br>**CENNOX, INC.**, a Montana Corporation<br><br>*Defendant* | **Civil Action No. 3:24-cv-00673-S** |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Sesami Cash Management Technologies Corp. and Arca. Tech Systems, LLC, and Defendant Cennox, Inc. (collectively, the "Parties"), hereby STIPULATE to the DISMISSAL of the above-styled and numbered lawsuit, including all causes of actions asserted therein. The Parties further STIPULATE that each party shall bear its own costs and attorneys' fees associated with this action.

DATED: August 19, 2024

                                                Respectfully submitted,

                                                HOLLAND & KNIGHT LLP

                                                By /s/Sara Schretenthaler Staha
                                                Matthew Zimmerman
                                                   (*pro hac vice forthcoming*)
                                                   Florida Bar No. 11484
                                                 matthew.zimmerman@hklaw.com
                                                Seth J. Welner
                                                 (*pro hac vice forthcoming*)
                                                 Florida Bar No. 99214

>Seth.welner@hklaw.com
>HOLLAND & KNIGHT LLP
>777 South Flagler Drive Suite 1900
>West Palm Beach, FL 33401
>Telephone 561-833-2000
>Facsimile: 561-650-8399
>
>-and-
>
>Sara Schretenthaler Staha
>   Texas Bar No. 24088368
>   sara.staha@hklaw.com
>Jordan T. Koenig
>   Texas Bar No. 24121702
>   jordan.koenig@hklaw.com
>HOLLAND & KNIGHT LLP
>1722 Routh Street, Suite 1500
>Dallas, TX 75201
>Telephone: (214) 964-9500
>Facsimile: (214) 964-9501
>
>*Attorneys for Plaintiffs Sesami Cash Management Technologies Corp. and Arca. Tech Systems, LLC,*
>
>
>By /s/Margaret Hop Allen *(by permission)*
>Margaret Hope Allen
>Texas Bar No. 24045397
>margaret.allen@sidley.com
>SIDLEY AUSTIN LLP
>2021 McKinney Avenue, Suite 2000
>Dallas, TX 75201
>Telephone: (214) 969-3506
>
>*Attorney for Defendant Cennox, Inc.*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was delivered to all counsel of record on August 19, 2024 via email in accordance with the Federal Rules of Civil Procedure.

>/s/Jordan T. Koenig
>Jordan T. Koenig